Michael R. Lozeau (Bar No. 142893)
Douglas J. Chermak (Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: 510.836.4200
Facsimile: 510.836.4205
michael@zeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff, CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE


DOWNEY BRAND LLP
MELISSA A THORME (Bar No. 151278)
ROBERT P. SORAN (Bar No. 169577)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
mthorme@downeybrand.com
rsoran@downeybrand.com

Attorneys for Defendant
JEFFREY BEARD, in his official capacity as
Secretary of the California Department of
Corrections and Rehabilitation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>         Defendant. | Case No. 2:15-CV-01027-TLN-EFB<br><br>**STIPULATION AND ORDER FOR STAY**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§1251 to 1387) |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Jeffrey Beard, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation ("Beard"),(collectively "Parties"), hereby stipulate to and respectfully request that, pursuant to the following terms, the Court continue its May 12, 2015 order (filed on May 12, 2015 as Document No. 3) and stay all proceedings in this case temporarily. The Parties so stipulate to conserve their resources pending ongoing settlement negotiations to address the allegations contained in the Complaint.

Pursuant to this stipulation and order, and without waiving any rights, claims, or defenses the Parties may have as of the date of this stipulation, the Parties agree that, except for ongoing settlement negotiations and related activities (e.g., voluntary exchange of information and site visits), the above-captioned matter is stayed for all purposes for two (2) months from the date of the Court's order. This stay may be requested to be extended by stipulation or motion.

The Parties also agree, subject to Court approval, to continue the deadlines for all filings and/or requirements in the Federal Rules of Civil Procedure and the Local Rules related to or triggered by the service of the Complaint, if any, to new dates set after the expiration of this stay.

Respectfully submitted,

DATED: May 27, 2015                    LOZEAU DRURY LLP

                                       By:     /s/ Douglas Chermak
                                             DOUGLAS J. CHERMAK
                                             Attorney for Plaintiff


DATED: May 27, 2015                    DOWNEY BRAND LLP

                                       By:     [signature]
                                             MELISSA A. THORME
                                             Attorney for Defendant

**ORDER**

Pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that the above captioned matter (Case No. 2:15-CV-01027-TLN-EFB) is stayed for all purposes, except for settlement negotiations and related activities, for two (2) months from the date of the Court's order.

Dated:  May 28, 2015

Troy L. Nunley
United States District Judge