Michael R. Lozeau (Bar No. 142893)
Douglas J. Chermak (Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone:    510.836.4200
Facsimile:    510.836.4205
E-mail: Doug@lozeaudrury.com

Andrew L. Packard (State Bar No. 168690)
Megan E. Truxillo (State Bar No. 275746)
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@PackardLawOffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

Downey Brand LLP
MELISSA A THORME (Bar No. 151278)
ROBERT P. SORAN (Bar No. 169577)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    916.444.1000
Facsimile:    916.444.2100
mthorme@downeybrand.com
rsoran@downeybrand.com

Attorneys for Defendant
JEFFREY BEARD, in his official capacity

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No. 2:15-CV-01027-TLN-EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUED STAY** |
| v. | |
| JEFFEY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, | (Federal Water Pollution Control Act, 33 U.S.C. §§1251 to 1387) |
| Defendant. | |

1

1    Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Jeffrey
2 Beard, in his official capacity as Secretary of the California Department of Corrections and
3 Rehabilitation ("Beard") (collectively "Parties"), previously filed a stipulation and request that
4 the Court continue its May 12, 2015, order (filed on May 12, 2015 as Document No. 3) and stay
5 all proceedings in this case temporarily.  The Parties so stipulated to conserve their resources
6 pending ongoing settlement negotiations to address the allegations contained in the Complaint.
7 The Court granted this stipulation on June 1, 2015.

8    In order to continue on-going settlement negotiations, and without waiving any rights,
9 claims, or defenses the Parties may have as of the date of this stipulation, the Parties agree and
10 request that the above-captioned matter is stayed for all purposes for an additional two (2) months
11 from the date of the Court's order approving this continued stay.  As before, this stay may be
12 requested to be extended by stipulation or motion if settlement is not completed within 2 months.

13    The Parties also agree, subject to Court approval, to continue the deadlines for all filings
14 and/or requirements in the Federal Rules of Civil Procedure and the Local Rules related to or
15 triggered by the service of the Complaint, if any, to new dates set after the expiration of this stay.
16 Respectfully submitted,

DATED: August 10, 2015                    LAW OFFICES OF ANDREW L. PACKARD

By: _____*/s/ Megan E. Truxillo*_____
    MEGAN E. TRUXILLO
    Attorney for Plaintiff

DATED: August 7, 2015                     DOWNEY BRAND LLP

By: _____*/s/ Melissa A. Thorme*_____
    MELISSA A. THORME
    Attorney for Defendant

### **ORDER**

Pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that the above captioned matter (Case No. 2:15-CV-01027-TLN-EFB), which was previously stayed for all purposes, except for settlement negotiations and related activities, will continue to be stayed for an additional two (2) months from the date of the Court's order.

Dated: August 10, 2015

_____
Troy L. Nunley
United States District Judge