1  Michael R. Lozeau (Bar No. 142893)
   Douglas J. Chermak (Bar No. 233382)
2  LOZEAU DRURY LLP
   410 12th Street, Suite 250
3  Oakland, CA 94607
   Telephone:     510.836.4200
4  Facsimile:     510.836.4205
   E-mail: Doug@lozeaudrury.com
5
   Andrew L. Packard (State Bar No. 168690)
6  Megan E. Truxillo (State Bar No. 275746)
   LAW OFFICES OF ANDREW L. PACKARD
7  100 Petaluma Blvd. N., Suite 301
   Petaluma, CA 94952
8  Tel:  (707) 763-7227
   Fax: (707) 763-9227
9  E-mail:  Andrew@PackardLawOffices.com

10 Attorneys for Plaintiff CALIFORNIA
   SPORTFISHING PROTECTION ALLIANCE
11
   MELISSA A THORME (Bar No. 151278)
12 ROBERT P. SORAN (Bar No. 169577)
   DOWNEY BRAND LLP
13 621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
14 Telephone:     916.444.1000
   Facsimile:     916.444.2100
15 mthorme@downeybrand.com
   rsoran@downeybrand.com
16
17 Attorneys for Defendant
   JEFFREY BEARD, in his official capacity
18

19                **UNITED STATES DISTRICT COURT**

20              **EASTERN DISTRICT OF CALIFORNIA**

21 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE,
22 a non-profit corporation,                    Case No.  2:15-CV-01027-TLN-EFB

23              Plaintiff,                       **JOINT STIPULATION AND ORDER TO
                                                 MOVE HEARING DATE ON**
24       v.                                      **DEFENDANT'S MOTION  TO DISMISS
                                                 OR ALTERNATIVELY FOR SUMMARY**
25 JEFFEY BEARD, in his official capacity        **JUDGMENT**
   as Secretary of the California Department
26 of Corrections and Rehabilitation,

27              Defendant.

28
                                          1
   JOINT STIPULATION AND ORDER TO MOVE HEARING ON DEFENDANT'S MOTION TO DISMISS

1    **WHEREAS** Defendant filed its Motion to Dismiss or Alternatively for Summary

2    Judgment (hereinafter "Motion to Dismiss") (Docket Nos. 8-11) on October 13, 2015, currently

3    set for hearing on December 10, 2015 at 2:00 pm in Courtroom 2 before the Honorable Troy L.

4    Nunley (Docket No. 12);

5    **WHEREAS** the last day for Plaintiff to file an opposition to the Motion to Dismiss is

6    November 26, 2015;

7    **WHEREAS** the parties are currently negotiating a stipulated dismissal of the action, but

8    due to unavailability of client representatives and attorneys during the holiday break need

9    additional time past the time Plaintiff's opposition is due to finalize the stipulation;

10   **THEREFORE, IT IS HEREBY STIPULATED** by and among the parties, as follows:

11   (1) The hearing on Defendant's Motion to Dismiss shall be rescheduled to January 14,

12   2016 at 2:00 pm in Courtroom 2 before the Honorable Troy L. Nunley;

13   (2) Plaintiff's opposition to the Motion to Dismiss shall be due on or before December 30,

14   2015; and

15   (2) Defendants' reply on the Motion to Dismiss shall be due on or before January 6, 2016.

16   Respectfully submitted,

17   DATED:  November 24, 2015            LAW OFFICES OF ANDREW L. PACKARD

18

19                                        By:            */s/ Andrew L. Packard*

20                                                   ANDREW L. PACKARD
                                                      Attorney for Plaintiff

21

22   DATED:  November 24, 2015            DOWNEY BRAND LLP

23

24                                        By:            */s/ Melissa A. Thorme*

25                                                   MELISSA A. THORME
                                                      Attorney for Defendant

26

27

28

2

JOINT STIPULATION AND ORDER TO MOVE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS

1

2                                                  **ORDER**

3              Pursuant to the above Stipulation of the Parties, Defendant's Motion to Dismiss shall be

4       reset for hearing on January 14, 2016 at 2:00 pm in Courtroom 2.  Plaintiff's opposition shall be

5       due on or before December 30, 2015.  Defendant's reply shall be due on or before January 6,

6       2016.

7       IT IS SO ORDERED.

8

9       Dated:  November 24, 2015

10

11

12       _____

13                                                      Troy L. Nunley
                                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        3

JOINT STIPULATION AND ORDER TO MOVE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS