Michael R. Lozeau (Bar No. 142893)
Douglas J. Chermak (Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: 510.836.4200
Facsimile: 510.836.4205
E-mail: Doug@lozeaudrury.com

Andrew L. Packard (State Bar No. 168690)
Megan E. Truxillo (State Bar No. 275746)
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@PackardLawOffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

MELISSA A THORME (Bar No. 151278)
ROBERT P. SORAN (Bar No. 169577)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
mthorme@downeybrand.com
rsoran@downeybrand.com

Attorneys for Defendant
JEFFREY BEARD, in his official capacity

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFFEY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>            Defendant. | Case No. 2:15-CV-01027-TLN-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION, FRCP 41(a)(1)(A)(ii)** |

1

STIPULATION FOR DISMISSAL OF ACTION

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice for all alleged violations occurring before the date of this dismissal, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

DATED: December 30, 2015         LAW OFFICES OF ANDREW L. PACKARD

                                 By: _____/s/ Andrew L. Packard_____
                                         ANDREW L. PACKARD
                                         Attorney for Plaintiff

DATED: December 11, 2015         DOWNEY BRAND LLP

                                 By: _____
                                         MELISSA A. THORME
                                         Attorney for Defendant